**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-7149**

_____

BOBBY RAY WILSON,

Plaintiff - Appellant,

versus

DANIEL L. STIENEKE, Director, Division of
Prisons, North Carolina Department of Correc-
tions; TRAVIS OUTLAW, Assistant Superinten-
dent, Unit 4125; EDWARD MCCULLEN, Program
Director, Unit 4125; CARLA O'KONEK, Acting
Superintendent, Unit 4125,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  W. Earl Britt, District
Judge.  (CA-97-533-5-BR)

_____

Submitted:  November 20, 1997      Decided:  December 10, 1997

_____

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Bobby Ray Wilson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bobby Ray Wilson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Wilson v. Stieneke, No. CA-97-533-5-BR (E.D.N.C. July 22, 1997). Further, we deny Wilson's motions requesting appointment of counsel, a jury trial, and oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED